| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12877-AMC**

Kristy L. Santiago
48 Appletree Drive
Levittown  PA    19055

Petition Filed Date: 07/02/2020
341 Hearing Date: 09/11/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/13/2020 | $1,175.00 | 174414758 | 09/15/2020 | $1,175.00 | 175514055 | 10/07/2020 | $1,175.00 | 176216469 |
| 11/02/2020 | $1,180.00 | 176998187 | 01/26/2021 | $1,200.00 | | 02/03/2021 | $1,200.00 | |
| 03/05/2021 | $1,200.00 | | 04/05/2021 | $1,200.00 | | 04/07/2021 | $600.00 | |
| 04/16/2021 | $600.00 | | 04/26/2021 | $1,200.00 | | 06/01/2021 | $1,200.00 | |

**Total Receipts for the Period: $13,105.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,105.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,105.00 | Current Monthly Payment: | $1,253.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($757.00) |
| Paid to Trustee: | $1,023.85 | Total Plan Base: | $81,263.00 |
| Funds on Hand: | $12,081.15 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.