# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re   KRISTY L. SANTIAGO** | : | **CHAPTER 13** |
| | : | |
| **Debtor(s)** | : | **BANKRUPTCY NO. 20-12877** |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Kristy L. Santiago, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Nationstar Mortgage LLC on June 28, 2021.  Debtors believe they are current on all post-petition payments due under the April 14, 2021 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: July 5, 2021