*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kristy L. Santiago
    Debtor(s)

Case No: 20–12877–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of upon the terms of the Stipulation Filed by REBECCA ANN SOLARZ on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and Objection by Debtor

on: 8/11/21

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/16/21

Timothy B. McGrath
Clerk of Court

72 – 70, 71
Form 167