UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:  CASE NO.: 20-12877-amc
Kristy L. Santiago,  CHAPTER 13
    Debtor.
_____/

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

    **PLEASE TAKE NOTICE THAT**, on behalf of WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-HE2 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Objection to Confirmation of Plan (Doc.: 22) Filed by Wilmington Trust, National Association, on 8/13/2020.**

    **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170,
    Duluth, GA 30097
    Telephone: 470-321-7112
    By: /s/Charles Wohlrab
        Charles Wohlrab, Esq.
        Email: CWohlrab@raslg.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                    CASE NO.: 20-12877-amc
Kristy L. Santiago                                                                      CHAPTER 13
       Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **February 1, 2022**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KRISTY L. SANTIAGO
14 DAFFODIL LANE
LEVITTOWN, PA 19055

And via electronic mail to:

YOUNG MARR AND ASSOCIATES
3554 HULMEVILLE ROAD
 SUITE 102
BENSALEM, PA 19020

SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

**Robertson, Anschutz, Schneid, Crane &**

**Partners, PLLC**
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112
By: /s/Charles Wohlrab
    Charles Wohlrab, Esq.
    Email: CWohlrab@raslg.com