United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12877-amc |
| Kristy L. Santiago | Chapter 13 |
| Kristy L. Santiago | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 02, 2022 | Form ID: 155 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristy L. Santiago, MAILING ADDRESS, 48 Appletree Drive, Levittown, PA 19055-1257 |
| db | + | Kristy L. Santiago, 14 Daffodil Lane, Levittown, PA 19055-1702 |
| 14516820 | + | ARS/Account Resolution Specialist, 1643 Harrison Pkwy Ste 1, Sunrise, FL 33323-2857 |
| 14516819 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 14516817 | + | Aes/pheaafrn, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14516818 | + | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 14516842 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14585624 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14516845 | + | SYNCB/Texaco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14520433 | + | WILMINGTON TRUST, NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14516852 | + | Wilmington Trust Company, C/O Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 14516853 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14516822 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 03 2022 09:30:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14516821 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 03 2022 09:30:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14516824 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 03 2022 09:35:30 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14516823 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 03 2022 09:35:35 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14527028 | | Email/PDF: bncnotices@becket-lee.com | Feb 03 2022 09:35:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14516826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2022 09:35:31 | Citibank/Shell Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14516825 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2022 09:35:34 | Citibank/Shell Oil, Citicorp Srvs/ Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14516828 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2022 09:30:00 | Comenity Bank/Express, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14516827 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2022 09:30:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14516830 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2022 09:30:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14516829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2022 09:30:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, |

Case 20-12877-amc  Doc 99  Filed 02/04/22  Entered 02/05/22 00:30:02  Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: 155 | Total Noticed: 51 |

| Recipient ID | Notice Type | Date/Time | Address |
|---|---|---|---|
| | | | Po Box 182125, Columbus, OH 43218-2125 |
| 14516831 | + Email/Text: bknotice@ercbpo.com | Feb 03 2022 09:31:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14516832 | + Email/Text: bknotice@ercbpo.com | Feb 03 2022 09:31:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14523418 | Email/Text: ECMCBKNotices@ecmc.org | Feb 03 2022 09:30:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14516833 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 03 2022 09:35:33 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 14516834 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 03 2022 09:35:31 | Exeter Finance Corp, Po Box 166097, Irving, TX 75016-6097 |
| 14517587 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 03 2022 09:35:30 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14528077 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 03 2022 09:35:35 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14516835 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 03 2022 09:31:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 14516836 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 03 2022 09:31:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14516838 | + Email/Text: Bankruptcy@ICSystem.com | Feb 03 2022 09:31:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14516837 | + Email/Text: Bankruptcy@ICSystem.com | Feb 03 2022 09:31:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14516839 | Email/Text: jmerrill@inspirefcu.org | Feb 03 2022 09:31:00 | Inspire Federal Credit, 2104 Bath Rd, Bristol, PA 19007 |
| 14516841 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 03 2022 09:30:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14516840 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 03 2022 09:30:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14563187 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 09:35:33 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14521452 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2022 09:35:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14516844 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2022 09:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14517521 | Email/Text: bnc-quantum@quantum3group.com | Feb 03 2022 09:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14526864 | Email/Text: bnc-quantum@quantum3group.com | Feb 03 2022 09:30:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14535975 | + Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 09:35:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14516846 | + Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 09:35:31 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14516847 | + Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 09:35:31 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14516848 | + Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 09:35:35 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14516849 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 09:35:35 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14516850 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 09:35:30 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14516851 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 03 2022 09:30:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 14523962 | + | Email/Text: RASEBN@raslg.com | Feb 03 2022 09:30:00 | Wilmington Trust, National Association, C/O CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Rd., Ste. 170, Duluth, GA 30097-8461 |
| 14523540 | + | Email/Text: RASEBN@raslg.com | Feb 03 2022 09:30:00 | Wilmington Trust, National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14516843 | *+ | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14525900 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Kristy L. Santiago cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Trust National Association cwohlrab@raslg.com |
| PAUL H. YOUNG | on behalf of Debtor Kristy L. Santiago support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Trust National Association et al... bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 02, 2022 | Form ID: 155 | Total Noticed: 51 |

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Trust National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kristy L. Santiago
      Debtor(s)                                                   Chapter: 13

                                                                                 Bankruptcy No: 20−12877−amc
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 2, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                    Ashely M. Chan
                                                                    Judge ,
                                                                    United States Bankruptcy Court