Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-12877-AMC**

Kristy L. Santiago  
48 Appletree Drive  
Levittown  PA    19055

Petition Filed Date: 07/02/2020  
341 Hearing Date: 09/11/2020  
Confirmation Date: 02/02/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $1,200.00 | | 04/07/2021 | $600.00 | | 04/16/2021 | $600.00 | |
| 04/26/2021 | $1,200.00 | | 06/01/2021 | $1,200.00 | | 07/08/2021 | $1,260.00 | |
| 08/09/2021 | $1,265.00 | | 09/07/2021 | $1,265.00 | | 09/28/2021 | $788.00 | |
| 10/25/2021 | $1,400.00 | | 12/06/2021 | $1,410.00 | | 12/30/2021 | $1,450.00 | |
| 01/31/2022 | $1,450.00 | | 03/01/2022 | $1,450.00 | | 04/18/2022 | $1,450.00 | |
| 05/06/2022 | $1,450.00 | | 06/06/2022 | $1,450.00 | | 07/12/2022 | $1,450.00 | |

**Total Receipts for the Period: $22,338.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,643.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | MOMA FUNDING LLC »» 001 | Unsecured Creditors | $1,018.59 | $0.00 | $1,018.59 |
| 2 | MOMA FUNDING LLC »» 002 | Unsecured Creditors | $1,975.19 | $0.00 | $1,975.19 |
| 3 | NATIONSTAR MORTGAGE LLC »» 003 | Secured Creditors | $61,518.30 | $21,338.49 | $40,179.81 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $2,054.47 | $0.00 | $2,054.47 |
| 5 | EDUCATIONAL CREDIT MGMT CORP »» 005 | Unsecured Creditors | $24,883.97 | $0.00 | $24,883.97 |
| 6 | PA DEPARTMENT OF REVENUE »» 06P | Priority Crediors | $57.66 | $57.66 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 06U | Unsecured Creditors | $2.70 | $0.00 | $2.70 |
| 8 | MOMA FUNDING LLC »» 007 | Unsecured Creditors | $541.57 | $0.00 | $541.57 |
| 9 | BECKET & LEE, LLP »» 008 | Unsecured Creditors | $328.60 | $0.00 | $328.60 |
| 10 | LVNV FUNDING LLC »» 09S | Secured Creditors | $8,298.30 | $2,878.40 | $5,419.90 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $1,012.56 | $0.00 | $1,012.56 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,850.00 | $3,850.00 | $0.00 |
| 12 | LVNV FUNDING LLC »» 09U | Unsecured Creditors | $13,563.79 | $0.00 | $13,563.79 |

**Chapter 13 Case No. 20-12877-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,643.00 | Current Monthly Payment: | $1,401.00 |
| Paid to Claims: | $28,124.55 | Arrearages: | $2,420.00 |
| Paid to Trustee: | $2,518.45 | Total Plan Base: | $82,098.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.