Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-12877-AMC**

Kristy L. Santiago  
48 Appletree Drive  
Levittown  PA     19055

Petition Filed Date: 07/02/2020  
341 Hearing Date: 09/11/2020  
Confirmation Date: 02/02/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $1,450.00 | | 08/29/2022 | $1,450.00 | | 10/17/2022 | $1,450.00 | |
| 11/21/2022 | $1,400.00 | | 11/29/2022 | $1,750.00 | | 01/04/2023 | $1,500.00 | |
| 02/06/2023 | $1,500.00 | | 03/03/2023 | $1,500.00 | | 04/03/2023 | $1,550.00 | |
| 05/04/2023 | $1,550.00 | | 06/12/2023 | $1,450.00 | | 07/05/2023 | $1,450.00 | |

**Total Receipts for the Period:  $18,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $48,643.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | MOMA FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,018.59 | $0.00 | $1,018.59 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,975.19 | $0.00 | $1,975.19 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Secured Creditors | $61,518.30 | $35,877.34 | $25,640.96 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $2,054.47 | $0.00 | $2,054.47 |
| 5 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $24,883.97 | $0.00 | $24,883.97 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06P | Priority Crediors | $57.66 | $57.66 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE<br>»» 06U | Unsecured Creditors | $2.70 | $0.00 | $2.70 |
| 8 | MOMA FUNDING LLC<br>»» 007 | Unsecured Creditors | $541.57 | $0.00 | $541.57 |
| 9 | CAPITAL ONE NA<br>»» 008 | Unsecured Creditors | $328.60 | $0.00 | $328.60 |
| 10 | LVNV FUNDING LLC<br>»» 09S | Secured Creditors | $8,298.30 | $4,839.55 | $3,458.75 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,012.56 | $0.00 | $1,012.56 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,850.00 | $3,850.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» 09U | Unsecured Creditors | $13,563.79 | $0.00 | $13,563.79 |

Chapter 13 Case No. 20-12877-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $48,643.00 | Current Monthly Payment: | $1,401.00 |
| Paid to Claims: | $44,624.55 | Arrearages: | $1,232.00 |
| Paid to Trustee: | $4,018.45 | Total Plan Base: | $82,098.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.