# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re   KRISTY L. SANTIAGO | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 20-12877 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Kristy L. Santiago, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **Wilmington Trust, National Association, et al** on August 9, 2024.  Debtors believe they can become current on all post-petition payments due under the April 14, 2021 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: August 12, 2024