*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kristy L. Santiago
    Debtor(s)

Case No: 20–12877–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Wilmington Trust, National Association et al... Filed by Kristy L. Santiago, Kristy L. Santiago (related document(s)110)

    on: 8/28/24

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/12/24

Timothy B. McGrath
Clerk of Court