United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12877-amc |
| Kristy L. Santiago | Chapter 13 |
| Kristy L. Santiago | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 13, 2024 | Form ID: 167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Kristy L. Santiago, MAILING ADDRESS, 48 Appletree Drive, Levittown, PA 19055-1257 |
| db | +++ | Kristy L. Santiago, 14 Daffodil Lane, Levittown, PA 19055-1702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Kristy L. Santiago cdeane@weltman.com  tkennedy@ymalaw.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Wilmington Trust  National Association, as Successor Trustee to Citibank, N.A., as Trustee for Merri logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Trust  National Association bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Trust  National Association et al... bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: 167 | Total Noticed: 2 |

MICHELLE L. MCGOWAN
    on behalf of Creditor Wilmington Trust  National Association mimcgowan@raslg.com

PAUL H. YOUNG
    on behalf of Debtor Kristy L. Santiago support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Wilmington Trust  National Association, as Successor Trustee to Citibank, N.A., as Trustee for Merri rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kristy L. Santiago
    Debtor(s)

Case No: 20−12877−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Wilmington Trust, National Association et al... Filed by Kristy L. Santiago, Kristy L. Santiago (related document(s)110)

on: 8/28/24

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 8/12/24

For The Court

Timothy B. McGrath
Clerk of Court

112 − 111
Form 167