| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-12877-AMC**

| | |
|---|---|
| Kristy L. Santiago | Petition Filed Date: 07/02/2020 |
| 48 Appletree Drive | 341 Hearing Date: 09/11/2020 |
| Levittown  PA    19055 | Confirmation Date: 02/02/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $1,450.00 | | 09/13/2023 | $1,450.00 | | 10/18/2023 | $1,450.00 | |
| 11/09/2023 | $1,450.00 | | 12/06/2023 | $1,450.00 | | 01/16/2024 | $1,450.00 | |
| 02/20/2024 | $1,500.00 | | 03/06/2024 | $1,500.00 | | 04/01/2024 | $1,500.00 | |
| 05/07/2024 | $1,450.00 | | 07/12/2024 | $1,550.00 | | | | |

**Total Receipts for the Period:  $16,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $64,843.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | MOMA FUNDING LLC »» 001 | Unsecured Creditors | $1,018.59 | $0.00 | $1,018.59 |
| 2 | MOMA FUNDING LLC »» 002 | Unsecured Creditors | $1,975.19 | $0.00 | $1,975.19 |
| 3 | NATIONSTAR MORTGAGE LLC »» 003 | Secured Creditors | $61,518.30 | $48,749.94 | $12,768.36 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $2,054.47 | $0.00 | $2,054.47 |
| 5 | EDUCATIONAL CREDIT MGMT CORP »» 005 | Unsecured Creditors | $24,883.97 | $0.00 | $24,883.97 |
| 6 | PA DEPARTMENT OF REVENUE »» 06P | Priority Crediors | $57.66 | $57.66 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 06U | Unsecured Creditors | $2.70 | $0.00 | $2.70 |
| 8 | MOMA FUNDING LLC »» 007 | Unsecured Creditors | $541.57 | $0.00 | $541.57 |
| 9 | CAPITAL ONE NA »» 008 | Unsecured Creditors | $328.60 | $0.00 | $328.60 |
| 10 | LVNV FUNDING LLC »» 09S | Secured Creditors | $8,298.30 | $6,575.95 | $1,722.35 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $1,012.56 | $0.00 | $1,012.56 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,850.00 | $3,850.00 | $0.00 |
| 12 | LVNV FUNDING LLC »» 09U | Unsecured Creditors | $13,563.79 | $0.00 | $13,563.79 |
| 13 | EXETER FINANCE CORP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | ACCOUNT RESOLUTION SPECIALIST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 17 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | ENHANCE RECOVERY CO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FINGERHUT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | I C SYSTEMS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | INSPIRE FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | INSPIRE FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | US DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | CITIBANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | WAKEFIELD & ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $64,843.00 | Current Monthly Payment: | $1,401.00 |
| Paid to Claims: | $59,233.55 | Arrearages: | $1,844.00 |
| Paid to Trustee: | $5,609.45 | Total Plan Base: | $82,098.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.