United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-12877-amc
Kristy L. Santiago  Chapter 13
Kristy L. Santiago
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Dec 19, 2024      Form ID: pdf900      Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Kristy L. Santiago, MAILING ADDRESS, 48 Appletree Drive, Levittown, PA 19055-1257 |
| db | +++ | Kristy L. Santiago, 14 Daffodil Lane, Levittown, PA 19055-1702 |
| cr | + | Wilmington Trust, National Association, as Success, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14516820 | + | ARS/Account Resolution Specialist, 1643 Harrison Pkwy Ste 1, Sunrise, FL 33323-2857 |
| 14516832 | + | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14516831 | + | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14516845 | + | SYNCB/Texaco, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 20 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 00:22:29 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14516819 | ^ | MEBN | Dec 20 2024 00:04:30 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 14516818 | + | Email/Text: bncnotifications@pheaa.org | Dec 20 2024 00:17:00 | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 14516817 | + | Email/Text: bncnotifications@pheaa.org | Dec 20 2024 00:17:00 | Aes/pheaafrn, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14516822 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 20 2024 00:18:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14516821 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 20 2024 00:18:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14516824 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 00:22:40 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14516823 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 00:50:05 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14527028 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 00:22:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14516826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 00:22:12 | Citibank/Shell Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14516825 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 20-12877-amc    Doc 126    Filed 12/21/24    Entered 12/22/24 00:35:35    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 20 2024 00:51:13 | Citibank/Shell Oil, Citicorp Srvs/ Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14516828 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2024 00:18:00 | Comenity Bank/Express, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14516827 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2024 00:18:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14516830 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2024 00:18:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14516829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2024 00:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14523418 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 20 2024 00:18:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14516833 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 20 2024 00:22:42 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 14516834 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 20 2024 00:22:30 | Exeter Finance Corp, Po Box 166097, Irving, TX 75016-6097 |
| 14517587 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 20 2024 00:22:18 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14528077 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 20 2024 00:22:18 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14516835 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 20 2024 00:19:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 14516836 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 20 2024 00:19:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14516838 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 20 2024 00:18:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14516837 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 20 2024 00:18:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14516839 | | Email/Text: jmerrill@inspirefcu.org | Dec 20 2024 00:19:00 | Inspire Federal Credit, 2104 Bath Rd, Bristol, PA 19007 |
| 14516841 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2024 00:17:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14516840 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2024 00:17:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14563187 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 00:22:28 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14516842 | | Email/Text: EBN@Mohela.com | Dec 20 2024 00:17:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14585624 | ^ | MEBN | Dec 20 2024 00:04:37 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14521452 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 00:48:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14516844 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14517521 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2024 00:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14526864 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2024 00:18:00 | Quantum3 Group LLC as agent for, MOMA Trust |

Case 20-12877-amc   Doc 126   Filed 12/21/24   Entered 12/22/24 00:35:35   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14535975 | ^ | MEBN | Dec 20 2024 00:04:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14516846 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 00:22:30 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14516847 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 00:22:12 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14516848 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 01:24:10 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14516849 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 00:22:39 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14516850 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 00:49:14 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14516851 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Dec 20 2024 00:17:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 14520433 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2024 00:17:00 | WILMINGTON TRUST, NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14516852 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2024 00:17:00 | Wilmington Trust Company, C/O Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 14523962 | + | Email/Text: RASEBN@raslg.com | Dec 20 2024 00:17:00 | Wilmington Trust, National Association, C/O CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Rd., Ste. 170, Duluth, GA 30097-8461 |
| 14523540 | + | Email/Text: RASEBN@raslg.com | Dec 20 2024 00:17:00 | Wilmington Trust, National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14516853 | + | Email/Text: support@ymalaw.com | Dec 20 2024 00:18:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Wilmington Trust, National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14516843 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14710272 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14525900 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 19, 2024 | Form ID: pdf900 | Total Noticed: 54 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:**

**Name**        **Email Address**

CAMERON DEANE
    on behalf of Debtor Kristy L. Santiago cdeane@weltman.com tkennedy@ymalaw.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor Wilmington Trust  National Association, as Successor Trustee to Citibank, N.A., as Trustee for Merri logsecf@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Wilmington Trust  National Association bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Wilmington Trust  National Association et al... bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Wilmington Trust  National Association mimcgowan@raslg.com

PAUL H. YOUNG
    on behalf of Debtor Kristy L. Santiago support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Wilmington Trust  National Association, as Successor Trustee to Citibank, N.A., as Trustee for Merri rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

Imaged Certificate of Notice    Page 5 of 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Kristy L. Santiago

                Debtor

Chapter 13

Bankruptcy No. 20-12877-AMC

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 19, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE